

# NUMBER 13-22-00608-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

FREYA ANJELIN MURRAY,                                **Appellant,**

**v.**

MY GOOD SAMARITAN,                                     **Appellee.**

## On appeal from the County Court at Law No. 3
## of McLennan County, Texas.

## MEMORANDUM OPINION[1]

**Before Chief Justice Contreras and Justices Silva and Peña
Memorandum Opinion by Justice Peña**

On December 5, 2022, appellant filed a notice of appeal.[2] On January 19, 2023,

the Clerk of the Court notified appellant that her notice of appeal was not in compliance

---

[1] Appellant's name varies throughout the record between "Angelin" and "Anjelin;" therefore, the style reflects the spelling found on documents filed directly by appellant.

[2] This case is before the Court on transfer from the Tenth Court of Appeals in Waco pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

with the Texas Rule of Appellate Procedure 42.3(c). Appellant was also advised that, if the defect was not corrected within ten days from the date of the letter, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3(b), (c).

Furthermore, on January 19, 2023, the Clerk of the Court notified appellant that she was delinquent in remitting a $205.00 filing fee. The Clerk of this Court notified appellant the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of the notice. *See id.* R. 42.3(b), (c).

Appellant has not cured the defective notice of appeal, paid the filing fee, nor otherwise responded to the notices from the clerk requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* R. 42.3(b), (c).

L. ARON PEÑA JR
Justice

Delivered and filed on the
20th day of April, 2023

---

Because this is a transfer case, we apply the precedent of the Waco court of Appeals to the extent it differs from our own. *See* TEX. R. APP. P. 41.

2